*E-FILED: May 28, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARYL A. SARGENT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); THE BANK OF NEW YORK; WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR12 TRUST,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C13-01690 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On May 9, 2013, defendants moved to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than May 20, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated: May 28, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-01690-HRL Notice has been electronically mailed to:

2  Jessica Marie Luhrs jessica.luhrs@kyl.com, denise.brasher@kyl.com

3

4  5:13-cv-01690-HRL Notice sent by U.S. Mail to:

5  Caryl A. Sargent
   354 Menker Avenue
6  San Jose, CA 95128

2