United States District Court
For the Northern District of California

1

2                                          *E-FILED:  May 28, 2013*

3

4

5

6

7                              NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11   CARYL A. SARGENT,                      No. C13-01690 HRL

12            Plaintiff,                    **ORDER THAT CASE BE REASSIGNED
                                            TO A DISTRICT JUDGE**
13      v.

14   JPMORGAN CHASE BANK, N.A.;
     MORTGAGE ELECTRONIC REGISTRATION
15   SYSTEMS, INC. ("MERS"); THE BANK OF
     NEW YORK; WAMU MORTGAGE PASS-
16   THROUGH CERTIFICATES SERIES 2006-
     AR12 TRUST,
17
              Defendants.
18   _____/

19

20        On May 9, 2013, defendants moved to dismiss the complaint.  Pursuant to Civil Local

21   Rule 73-1, all parties were required to file, no later than May 20, 2013, either (1) a Consent to

22   Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a

23   Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite

24   reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT

25   the Clerk of the Court shall reassign this case to a District Judge.  See 28 U.S.C. § 636; Civ.

26   L.R. 73-1.

27   Dated: May 28, 2013

28                                          _____
                                            HOWARD R. LLOYD
                                            UNITED STATES MAGISTRATE JUDGE

5:13-cv-01690-HRL Notice has been electronically mailed to:

Jessica Marie Luhrs jessica.luhrs@kyl.com, denise.brasher@kyl.com

5:13-cv-01690-HRL Notice sent by U.S. Mail to:

Caryl A. Sargent
354 Menker Avenue
San Jose, CA 95128

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28