IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARYL A. SARGENT,

    Plaintiff,

  v.

JPMORGAN CHASE BANK, N.A., *et al.*,

    Defendants.

No. C 13-01690 WHA

**ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS**

On May 9, 2013, defendants filed a motion to dismiss. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due by May 27. None was received. On May 29, the action was reassigned to the undersigned judge. Defendant has renoticed the motion for hearing on July 11. Accordingly, the following briefing schedule is hereby set: plaintiff's response to the motion to dismiss is due by **NOON ON JUNE 13.** The reply is due **NOON ON JUNE 20.**

For the benefit of plaintiff, who is proceeding pro se, the parties are on notice that failure to timely respond to the motion to dismiss may result in the motion being granted or the action being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE