IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARYL A. SARGENT,

    Plaintiff,

  v.

JPMORGAN CHASE BANK, N.A., *et al.*,

    Defendants.

No. C 13-01690 WHA

**ORDER TO SHOW CAUSE**

On May 9, 2013, defendants filed a motion to dismiss. As plaintiff failed to timely file a response, an order issued setting a briefing schedule pursuant to which plaintiff's response was due by **JUNE 13.** The order further stated that failure to timely respond to the motion to dismiss may result in the motion being granted or the action being dismissed for failure to prosecute. Plaintiff's deadline for filing a response has come and gone and no response has been received.

Accordingly, plaintiff is hereby ordered to show cause why the motion to dismiss should not be granted. Plaintiff is hereby warned a second time that failure to timely respond to this order may result in the motion to dismiss being granted or the action being dismissed for failure to prosecute. Plaintiff's response is due by **NOON ON JULY 1**. Defendant's reply brief, if any, is due by **NOON ON JULY 8**. The hearing on defendant's motion to dismiss is hereby reset for **JULY 18**.

**IT IS SO ORDERED.**

Dated: June 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE