IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARYL A. SARGENT,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.<br>("MERS"); THE BANK OF NEW YORK;<br>and WAMU MORTGAGE PASS-<br>THROUGH CERTIFICATE SERIES<br>2006-AR12 TRUST,<br><br>    Defendants.<br>_____/ | No. C 13-01690 WHA<br><br><br>**ORDER RESETTING<br>DEADLINES, HEARING,<br>AND CASE MANAGEMENT<br>CONFERENCE** |

On May 9, 2013, defendants filed a motion to dismiss. As plaintiff failed to file a response, an order issued setting a briefing schedule pursuant to which plaintiff's response was due by June 13. That date passed and no response was received; accordingly, plaintiff was ordered to show cause why the motion to dismiss should not be granted.

Plaintiff has now submitted a response stating that because she is proceeding pro se, she did not understand that she had to file a response to the motion to dismiss (Dkt. No. 21). She further requests ten days to file a response. Plaintiff's request for an extension of time to file a response to the motion to dismiss is granted. All parties should be aware, however, that the deadlines set by this Court and the federal and local rules must be followed by all litigants, whether or not they are represented by counsel. In the future, such failures to meet filing deadlines may not be excused. Plaintiff must file her response to the motion to dismiss by **NOON**

**ON JULY 11**. Defendant's reply brief, if any, is due by **NOON ON JULY 18**. The hearing on defendant's motion to dismiss is hereby reset for **JULY 25 AT 8:00 A.M.** In the interest of efficiency, the case management conference currently scheduled for July 11 is hereby reset for **JULY 25 AT 8:00 A.M.** Defendant's motion to appear telephonically at the case management conference is **DENIED AS MOOT**; however, the parties should be aware that no requests for telephonic appearance will be granted.

**IT IS SO ORDERED.**

Dated: July 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE