IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARYL A. SARGENT,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), THE BANK OF NEW YORK, WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-12 TRUST,

    Defendants.

No. C 13-01690 WHA

**ORDER MOVING CASE MANAGEMENT CONFERENCE**

The case management conference, currently set for 8:00 a.m. on Thursday, July 25, 2013, is **MOVED** to **11:00 A.M. ON JULY 25**.

**IT IS SO ORDERED.**

Dated: July 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE