IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARYL A. SARGENT,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), THE BANK OF NEW YORK, WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-12 TRUST,<br><br>Defendants.<br>_____ / | No. C 13-01690 WHA<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

By order dated July 25, the motion to dismiss was granted as to all claims in plaintiff's complaint (Dkt. No. 33). The order stated that plaintiff may seek leave to amend her complaint by filing a motion and attaching the new amended complaint by August 15. The order further stated that "[i]f such motion is not filed by the deadline, this case will be closed and judgment entered" (*id.* at 7). That deadline has come and gone and no motion has been filed.

Accordingly, the action is **DISMISSED FOR FAILURE TO PROSECUTE**. Judgment will be entered by separate order. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE